Jonathan Stoler
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Martin D Katz (*pro hac vice*)
Bridget J. Russell (*pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| **JONATHAN SINGER, ROSS CAMERON, LYRIC CAPITAL MANAGEMENT GROUP LP and SPIRIT MUSIC GROUP, INC.,**<br><br>Petitioners,<br><br>-against-<br><br>**ALAN ETT,**<br><br>Respondent. | Case No. 1:21-cv-10916<br><br>**NOTICE OF MOTION TO STAY ARBITRATION**<br><br>**Oral Argument Requested** |

**PLEASE TAKE NOTICE** that, based upon the accompanying Memorandum of Law and Declarations of Bridget Russell, Jonathan Singer and Ross Cameron, dated March 7, 2021, with exhibits annexed thereto, Petitioners Jonathan Singer ("Singer"), Ross Cameron ("Cameron"), Lyric Capital Management Group LP ("Lyric") and Spirit Capital Music Group, Inc. ("Spirit") (collectively, "Petitioners"), will and hereby do move this Court for an Order pursuant to 9 U.S.C. § 4: (1) permanently staying (as to them only) the arbitration instituted by Respondent Alan Ett ("Ett" or "Respondent") before the American Arbitration Association, Case 01-21-0017-0579, against them and a subsidiary of Spirit, Spirit Music Collective, LLC

("SMC") (the "Third-Party Arbitration"); and (2) granting such other relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Petitioners request a hearing on the Motion at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, as soon as the Court's schedule will permit. At the hearing, the Court shall hear the parties, and if the Court is satisfied that the Petitioners have not agreed to arbitrate Ett's claims against them in the Third-Party Arbitration, the Court will make an Order permanently staying the Third-Party Arbitration (as to them).

Dated: Los Angeles, California
       March 7, 2021

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:  /s/ Martin D. Katz
Jonathan Stoler
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 654-3043
jstoler@sheppardmullin.com

Martin D. Katz (*pro hac vice*)
Bridget J. Russell (*pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
(310) 228-3750
(310) 228-2273
mkatz@sheppardmullin.com
brussell@sheppardmullin.com

*Attorneys for Petitioner*